CAROLINE COMMISSO, Appellant, v STEVEN G. ORSHAN et al., Respondents.

Submitted December 19, 2011; decided January 17, 2012

Reported below, 85 AD3d 845.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine

the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.